The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.

**FILED**
2008 Oct 10 PM 02:51
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
TOLEDO



Mary Ann Whipple
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

In re:                                   )
                                         )    Case No. 08-34883
Margaret Williams-Carter                 )
                                         )    Chapter 7
                                         )
        Debtor                           )    Judg Mary Ann Whipple

### ORDER TRANSFERRING CASE

This matter came before the Court on Debtor's Motion to Accept Venue and on the United States Trustee's Objection to Debtor's Motion to Accept Venue and Cross-Motion to Dismiss Case or Transfer Venue to the Appropriate Jurisdiction. Appearing at the hearing telephonically were Rebecca L. West-Estelle, counsel for Debtor and Maria D. Giannirakis, counsel for United States Trustee. Having heard from the parties that they are in agreement that the case should be transferred, it is hereby:

**ORDERED** that the Motion of the United States Trustee to transfer venue is hereby granted. It is further;

**ORDERED** that the remaining portion of the United States Trustee's motion seeking dismissal of the case and Debtor's Motion to Accept Venue are hereby denied. It is further;

**ORDERED** that the above captioned Chapter 7 case be, and is hereby TRANSFERRED to the United States Bankruptcy Court for the Northern District of Illinois. It is further;

**ORDERED** that all deadlines established by and upon the filing of the case in this Court are hereby vacated and new deadlines shall be set based upon docketing of the case in the Northern District of Illinois and the scheduling of the first meeting of creditors in that District.

#    #    #

Order prepared by:

*Maria D. Giannirakis*
Maria D. Giannirakis
Office of the U.S. Trustee
H. M. Metzenbaum U.S. Courthouse
201 Superior Avenue East
Suite 441
Cleveland, OH 44114-1240
(216) 522-7800 ext. 222

## Certificate of Service

A copy of the foregoing Order was sent to the following parties:

By electronic mail:

Rebecca L. West-Estelle
316 N. Michigan
$416
Toledo, OH 43604

Maria D. Giannirakis
Office of the U.S. Trustee
H. M. Metzenbaum U.S. Courthouse
201 Superior Avenue East
Suite 441
Cleveland, OH 44114-1240

Via regular U.S. Mail to:

Margaret Louis Williams-Carter at each of the following addresses:

316 N. Michigan, Suite 416
Toledo, OH 43604

218 N. Canyon Drive
Bolingbrook, IL 60490

# CERTIFICATE OF NOTICE

```
District/off: 0647-3         User: sheyn              Page 1 of 1            Date Rcvd: Oct 10, 2008
Case: 08-34883               Form ID: pdf829          Total Served: 26

The following entities were served by first class mail on Oct 12, 2008.
db            +Margaret Louise Williams-Carter,   218 N. Canyon Drive,   Bolingbrook, IL 60490-1530
cr            +WASHINGTON MUTUAL BANK,   7255 BAYMEADOWS WAY MAIL STOP JAXB2007,   Jacksonville, FL 32256-6851
17727788      +Alonzo Zahour, Esquire,   101 Royes Road,   Bolingbrook, IL 60440-1438
17727789      +American General Finance,   P.O. Box 790368,   St. Louis, MO 63179-0368
17727790       American Home Mortgage Servicing, Inc.,   P.O. Box 44042,   Jacksonville, FL 32231-4042
17727791      +Associated Supply,   P.O. Box 94497,   Las Vegas, NV 89193-4497
17727792      +Best Buy,   P.O. Box 17298,   Baltimore, DE 19850-7298
17727793      +Capital One,   c/o Blitt B. Gaines,   661 Glenn Avenue,   Wheeling, IL 60090-6017
17727794      +Card Svc International,   c/o Allen Associates,   147 Willis Ave.,   Mineola, NY 11501-2660
17727795      +DHL,   P.O. Box 311,   Old Bondge, NJ 08857-0311
17727796      +Dr. Lenz,   c/o J.V.D.B. Association,   3949 N. Pulaski Rd.,   Ord, IL 60641-2932
17727797      +Empire/GEMB,   P.O. Box 960061,   Orlando, FL 32896-0061
17727798      +Geipel Chiropractic,   125 W. Boughton Rd.,   Bolingbrook, IL 60440-1936
17727799      +KSBC,   P.O. Box 5244,   Carol Streams, IL 60197-5244
17727800      +Home Depot,   Processing Center,   Des Moines, IA 50364-0002
17727802      +Jessica London,   P.O. Box 659728,   San Antonio, TX 78265-9728
17727803      +Lew Magram,   P.O. Box 856750,   Louisville, KY 40285-6750
17727804      +MCI,   P.O. Box 17890,   Denver, CO 80217-0890
17727805      +McLeod USA,   P.O. Box 3243,   Milwaukee, IL 53201-3243
17744794      +SPIRIT OF AMERICA NATIONAL BANK/LEW MAGRAM,   FIRST EXPRESS,   PO BOX 856750,
                LOUISVILLE, KY 40285-6750
17727806      +Sears,   c/o Citi,   P.O. Box 6276,   Sioux Falls, SD 57117-6276
17749558      +WASHINGTON MUTUAL BANK,   7255 BAYMEADOWS WAY MAIL STOP JAXB2007,
                JACKSONVILLE, FLORIDA 32256-6851
17727808      +Washington Mutual,   P.O. Box 10426,   Van Nuys, CA 91410-0426
17727809      +West Suburban,   505 N. Weber Rd.,   Romeoville, IL 60446-4252
The following entities were served by electronic transmission on Oct 11, 2008.
17727801       +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2008 03:34:45     JC Penney,   c/o GE Money Bank,
                P.O. Box 960001,   Orlando, FL 32896-0001
17727807       +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2008 03:34:45     Walmart,   P.O. Box 530927,
                Atlanta, GA 30353-0927
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 12, 2008             Signature:  _Joseph Speetjens_